1  JASON G. MARTINEZ, ESQ.
   Nevada Bar No. 13375
2  E-mail: jason@kgelegal.com
   KAREN L. HANKS, ESQ.
3  Nevada Bar No. 9578
   E-mail: karen@kgelegal.com
4  KIM GILBERT EBRON
   7625 Dean Martin Drive, Suite 110
5  Las Vegas, Nevada 89139
   Telephone: (702) 485-3300
6  Facsimile: (702) 485-3301
7  *Attorneys for HLS of Nevada, LLC dba Nevada West Financial (erroneously named as HLS of Nevada, LCC dba Rightsize Funding and Nevada West Financial)*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NANCY COURTNEY-SKAY,<br><br>Plaintiff,<br><br>vs.<br><br>HLS OF NEVADA, LCC, a Nevada Limited Liability Company dba RIGHTSIZE FUNDING and NEVADA WEST FINANCIAL,<br><br>Defendant. | Case No. 2:18-cv-00306-JAD-NJK<br><br>**STIPULATION TO CONTINUE DEADLINE TO FILE REPLY** |

HLS OF NEVADA, LLC DBA NEVADA WEST FINANCIAL and NANCY COURTNEY-SKAY stipulate as follows:

1. HLS filed its Motion to Dismiss on August 15, 2018. [ECF No. 7].

2. Plaintiff filed its Response to HLS' Motion to Dismiss on August 29, 2018. [ECF No. 11].

3. HLS' Reply in Support of its Motion to Dismiss is currently due September 5, 2018.

4. The parties agree to allow HLS until September 12, 2018 to file its Reply.

…

…

…

- 1 -

This request is made to allow HLS to adequately prepare its Reply. This is HLS' first request for an extension of this deadline and is not made to cause delay or prejudice any party.

DATED September 5, 2018.

| **KIM GILBERT EBRON** | **LAW OFFICERS OF MICHAEL P. BALABAN** |
|---|---|
| */s/ Jason G. Martinez*_____<br>Jason G. Martinez, Esq.<br>Nevada Bar No. 13375<br>Karen L. Hanks, Esq.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>*Attorneys for HLS of Nevada, LLC dba Nevada West Financial* | */s/ Michael P. Balaban*_____<br>Michael P. Balaban, Esq.<br>Nevada Bar No. 9370<br>10726 Del Rudini Street<br>Las Vegas, Nevada 89141<br>*Attorneys for Plaintiff* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: September 5, 2018.