# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

NANCY COURTNEY-SKAY,

    Plaintiff(s),

v.

HLS OF NEVADA, LLC,

    Defendant(s).

Case No.: 2:18-cv-00306-JAD-NJK

**Order**

[Docket No. 16]

Pending before the Court is Defendant's motion to stay discovery pending resolution of its motion to dismiss, filed on October 4, 2018. Docket No. 16; *see also* Docket No. 7. No response has been filed to date. No later than October 23, 2018, Plaintiff shall file either a notice of non-opposition or a responsive brief.

IT IS SO ORDERED.

Dated: October 22, 2018

                                                Nancy J. Koppe
                                               United States Magistrate Judge