1 JASON G. MARTINEZ, ESQ.
Nevada Bar No. 13375
2 E-mail: jason@kgelegal.com
KAREN L. HANKS, ESQ.
3 Nevada Bar No. 9578
E-mail: karen@kgelegal.com
4 KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
5 Las Vegas, Nevada 89139
Telephone: (702) 485-3300
6 Facsimile: (702) 485-3301
*Attorneys for HLS of Nevada, LLC dba Nevada West Financial (erroneously named as HLS of Nevada, LCC dba Rightsize Funding and Nevada West Financial)*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NANCY COURTNEY-SKAY,<br><br>Plaintiff,<br>vs.<br><br>HLS OF NEVADA, LCC, a Nevada Limited Liability Company dba RIGHTSIZE FUNDING and NEVADA WEST FINANCIAL,<br><br>Defendant. | Case No. 2:18-cv-00306-JAD-NJK<br><br>**ORDER AND**<br>**STIPULATION FOR DISMISSAL OF PLAINTIFF'S COMPLAINT WITH PREJUDICE**<br><br>ECF No. 31 |

…

…

…

- 1 -

# STIPULATION FOR DISMISSAL OF PLAINTIFF'S COMPLAINT WITH PREJUDICE

HLS OF NEVADA, LLC DBA NEVADA WEST FINANCIAL and NANCY COURTNEY-SKAY stipulate as follows:

Plaintiff's Complaint filed on February 16, 2018 is hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own fees and costs. Nothing in this stipulation is intended to be, or will be, construed as an admission of the claims or defenses of the parties.

DATED February 7, 2019.

| | |
|---|---|
| **KIM GILBERT EBRON** | **LAW OFFICES OF MICHAEL P. BALABAN** |
| /s/ Jason G. Martinez | /s/ Michael P. Balaban |
| Jason G. Martinez, Esq. | Michael P. Balaban, Esq. |
| Nevada Bar No. 13375 | Nevada Bar No. 9370 |
| Karen L. Hanks, Esq. | 10726 Del Rudini Street |
| Nevada Bar No. 9578 | Las Vegas, Nevada 89141 |
| 7625 Dean Martin Drive, Suite 110 | *Attorneys for Plaintiff* |
| Las Vegas, Nevada 89139 | |
| *Attorneys for HLS of Nevada, LLC dba Nevada West Financial* | |

## ORDER

Based on the parties' stipulation **[ECF No. 31]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: February 8, 2019